**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**AT TRENTON**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Robert Maxwell Simon and Stacey Helene Simon | : | CASE NO. 10-50052-KCF |
| Debtor. | : | |
| | : | Adv. Case No. 11-01223-KCF |
| Robert Maxwell Simon and Stacey Helene Simon, | : | |
| Plaintiffs, | : | |
| v. | : | |
| Weinstein & Riley, P.S. and FIA Card Services, N.A., | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF MOTION FOR SANCTIONS UNDER FED.R.BANKR.P 9011**

PLEASE TAKE NOTICE that on March 8, 2011, Weinstein & Riley, P.S. ("W&R") and FIA Card Services, N.A., ("FIA") (collectively, "Defendants") served upon Robert Maxwell Simon and Stacey Helene Simon (collectively "Plaintiffs") a motion for sanctions pursuant to Fed.R.Civ.P. 9011.

Dated: March 8, 2011                                          Respectfully Submitted,

                                                              __/S/__ Kenneth S. Jannette _____
                                                              Kenneth S. Jannette, Esq. (KJ6394)
                                                              WEINSTEIN & RILEY, P.S.
                                                              14 Penn Plaza, Suite 1300
                                                              New York, NY 10122-0049
                                                              Telephone: (800) 206-7410
                                                              Facsimile:  (212) 268-9562