**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**AT TRENTON**

|  |  |
|---|---|
| In re: | Chapter 7 |
| Robert Maxwell Simon and Stacey Helene Simon | CASE NO. 10-50052-KCF |
| Debtor. | Adv. Case No. 11-01223-KCF |
| Robert Maxwell Simon and Stacey Helene Simon | |
| Plaintiffs, | **HEARING DATE: April 18, 2011** |
| v. | **HEARING TIME: 10:00 a.m.** |
| Weinstein & Riley, P.S. and FIA Card Services, N.A., | |
| Defendants. | |

### NOTICE OF MOTION TO STRIKE

TO:   Andy Winchell, Esq.
      332 Springfield Ave. Suite 203
      Summit, NJ 07901

      Robert Maxwell Simon and Stacey Helene Simon
      390 Penns Way
      Basking Ridge, NJ 07920

   PLEASE TAKE NOTICE that on April 18, 2011 at 10:00 o'clock in the forenoon, or as soon thereafter as counsel may be heard, Weinstein & Riley, P.S. ("W&R") and FIA Card Services, N.A., ("FIA") (collectively, "Defendants") shall move this court for an order, pursuant to Fed.R.Bankr.P. 9011(a), Fed.R.Bankr.P. 7010 and Fed.R.Bankr.P. 7007 striking the notice of appearance and request for service filed on March 9, 2011, which appears as Docket No. 8.

1

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification of Kenneth S. Jannette, Esq., the argument of counsel, if any, upon the pleadings, records and files herein, and upon such other and further oral and/or documentary evidence as may be presented at the time of any hearing on this motion.

PLEASE TAKE FURTHER NOTICE that any objection to the relief requested in the motion shall: (i) be in writing; (ii) state with particularly the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court and a copy simultaneously served on Kenneth S. Jannette, Esq., 14 Penn Plaza, Suite 1300, New York, New York 10122, so that the written objection is received no later than seven (7) days prior to the hearing date.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel does not request oral argument on the return date of the motion unless objections are timely filed with the court and served upon counsel.

Dated: March 9, 2011                                  Respectfully Submitted,


   /S/   Kenneth S. Jannette
Kenneth S. Jannette, Esq. (KJ6394)